# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROADSTRIPE, LLC, *ET AL.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10006 (CSS)<br><br>(Jointly Administered) |
| OFFICIAL UNSECURED CREDITORS' COMMITTEE OF BROADSTRIPE, LLC, on behalf of the estate of BROADSTRIPE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et. al.*,<br><br>Defendants. | Adv. Pro. No. 09-50966 (CSS) |

## SCHEDULING ORDER

The following schedule shall apply in the above-captioned adversary proceeding:

IT IS HEREBY ORDERED that:

1. The Court previously scheduled a pre-trial conference in this proceeding, pursuant to Fed. R. Civ. P. 16, for July 15, 2009 at 10:30 a.m.

2. All fact discovery shall be completed by August 31 2009.

3. All dispositive motions ("Dispositive Motions") shall be filed and served by September 15, 2009, and shall be subject to Rule 7.1.2 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware.

4. The parties shall disclose the identity of any expert witness by no later than 30 days following rulings by the Bankruptcy Court on the merits of each Dispositive Motion. The parties shall provide expert reports for any issue on which they bear the burden of proof by no later than 45 days following rulings by the Bankruptcy Court on the merits of each Dispositive Motion. Any party's expert report intended to rebut any other expert report shall be provided by no later than 60 days following rulings by the Bankruptcy Court on the merits of each Dispositive Motion. All reports shall provide the information required by Fed. R. Civ. P. 26(a)(2)(B). All expert discovery shall be completed, and discovery shall close by 75 days following rulings by the Bankruptcy Court on the merits of each Dispositive Motion.

5. The parties shall comply with the General Order Governing Pre-Trial Procedures in Adversary Proceedings Set for Trial Before Judge Christopher S. Sontchi. The parties shall file, no later than three (3) business days prior to the earlier of the date set for (i) pre-trial conference (if one is scheduled) or (ii) trial, their Joint Pre-Trial Memorandum approved by all counsel and shall contemporaneously deliver two (2) copies thereof to Judge Sontchi's chambers.

6. The Plaintiff shall immediately notify Chambers upon the settlement, dismissal or other resolution of any adversary proceeding subject to this Order and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. The Plaintiff shall file a status report by August 31, 2009, each forty-five (45) days thereafter, and thirty (30), twenty (20), and ten (10) days prior to trial, setting out the status of the adversary proceeding subject to this Order. Plaintiff shall immediately advise Chambers, in writing, of any occurrence or circumstance which Plaintiff believes may suggest or necessitate the adjournment or other

2

PAC - 924729v.1  07/14/2009 6:58 pm

modification of the trial setting.

Dated: July 15, 2009

							_____
							CHRISTOPHER S. SONTCHI
							**UNITED STATES BANKRUPTCY JUDGE**