UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re: : Chapter 11
 :
BROADSTRIPE, LLC, *et al.*, : Case No. 09-10006 (CSS)
 :
                          Debtors. : Jointly Administered
 :
_____ :
OFFICIAL UNSECURED CREDITORS' :
COMMITTEE OF BROADSTRIPE, LLC, on :
behalf of the estate of BROADSTRIPE, LLC, :
 :
                          Plaintiff, :
                    vs. :
 : Adv. Pro. No. 09-50966 (CSS)
HIGHLAND CAPITAL MANAGEMENT, L.P., :
*et al.*, :
                         Defendants. :
------------------------------------------------------------ x

**JOINT MOTION OF THE HIGHLAND DEFENDANTS FOR
SUMMARY JUDGMENT WITH RESPECT TO THE COMPLAINT
OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BROUGHT ON
<u>BEHALF OF THE ESTATE OF BROADSTRIPE, LLC</u>**

DUANE MORRIS LLP
Richard W. Riley (No. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4928

- and -

HAYNES AND BOONE, LLP
Lenard M. Parkins (admitted *pro hac vice*)
Trevor R. Hoffmann (admitted *pro hac vice*)
Jonathan Hook (admitted *pro hac vice*)
1221 Avenue of the Americas, 26th Floor
New York, NY 10020

*Counsel to Highland Capital Management,
L.P. and the Highland Institutional Lenders*

PEPPER HAMILTON LLP
David B. Stratton (No. 960)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6566

- and -

ROPES & GRAY LLP
Robert S. Fischler (admitted *pro hac vice*)
Jared Nagley (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704

*Counsel to the Highland Retail Lenders*

# FILED UNDER SEAL