# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>BROADSTRIPE, LLC, *ET AL.*,<br><br>Debtors. | Chapter 11<br>Jointly Administered<br><br>Case No. 09-10006 (CSS) |
| OFFICIAL UNSECURED CREDITORS' COMMITTEE OF BROADSTRIPE, LLC, on behalf of the estate of BROADSTRIPE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HIGHLAND CAPITAL MANAGEMENT, L.P. *et. al.*,<br><br>Defendants. | Adv. Pro. No. 09-50966 (CSS) |

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT**

*This Document has been filed under seal.*

Dated: October 27, 2009

POTTER ANDERSON & CORROON LLP

_____
Steven M. Yoder, Esquire (DE Bar No. 3885)
Etta R. Wolfe (DE Bar No. 4164)
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19899
Tel. (302) 984-6107
Fax. (302) 984-6107

-and-

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Daniel A. Fliman
1633 Broadway
New York, New York 10019
Tel. (212) 506-1713
Fax (212) 835-5013

*Counsel for the Official Unsecured Creditors' Committee
of Broadstripe, LLC*