UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---

In re:

BROADSTRIPE, LLC, *et al.*,

                      Debtors.

OFFICIAL UNSECURED CREDITORS'
COMMITTEE OF BROADSTRIPE, LLC, on
behalf of the estate of BROADSTRIPE, LLC,

                      Plaintiff,

vs.

HIGHLAND CAPITAL MANAGEMENT, L.P.,
*et al.*,

                      Defendants.

Chapter 11

Case No. 09-10006 (CSS)

Jointly Administered

Adv. Pro. No. 09-50966 (CSS)

---

## REPLY BRIEF IN FURTHER SUPPORT OF JOINT MOTION OF THE HIGHLAND DEFENDANTS FOR SUMMARY JUDGMENT WITH RESPECT TO THE COMPLAINT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS BROUGHT ON BEHALF OF THE ESTATE OF BROADSTRIPE, LLC

DUANE MORRIS LLP
Richard W. Riley (No. 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4928

- and -

HAYNES AND BOONE, LLP
Lenard M. Parkins (admitted *pro hac vice*)
Trevor R. Hoffmann (admitted *pro hac vice*)
Jonathan Hook (admitted *pro hac vice*)
1221 Avenue of the Americas, 26th Floor
New York, NY 10020

*Counsel to Highland Capital Management, L.P. and the Highland Institutional Lenders*

PEPPER HAMILTON LLP
David B. Stratton (No. 960)
Hercules Plaza, Suite 5100
1313 Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Tel: (302) 777-6566

- and -

ROPES & GRAY LLP
Steven T. Hoort (admitted *pro hac vice*)
One International Place
Boston, MA 02110

Jared Nagley (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704

*Counsel to the Highland Retail Lenders*

# FILED UNDER SEAL