CONFIDENTIAL
FILED UNDER SEAL PENDING FURTHER ACTION BY THE COURT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BROADSTRIPE, LLC, et al., | ) | Case No. 09-10006 (CSS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| OFFICIAL UNSECURED CREDITORS' COMMITTEE OF BROADSTRIPE, LLC, on behalf of the estate of BROADSTRIPE, LLC, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Adv. No. 09-50966 |
| HIGHLAND CAPITAL MANAGEMENT, L.P., et al., | ) ) ) ) | Related Adv. Docket No. 58 |
| Defendants. | ) ) | |

## OPINION[1]

Steven M. Yoder
Etta R. Wolfe
Potter Anderson & Corroon LLP
Hercules Plaza
1313 North Market Street, 6th Floor
Wilmington, DE 19801
    -and-
David M. Friedman
David J. Mark
Daniel A. Fliman (Argued)
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, NY 10019

Amanda M. Winfree
Don A. Beskrone
Ricardo Palacio
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
    -and-
John P. Melko
Gardere Wynne Sewell, LLP
1000 Louisiana, Suite 3400
Houston, TX 77002

---

[1] This Opinion constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052.

**CONFIDENTIAL**
**FILED UNDER SEAL PENDING FURTHER ACTION BY THE COURT**

| | |
|---|---|
| Counsel for Official Committee of Unsecured Creditors of Broadstripe LLC, et al. | Michael P. Cooley<br>Gardere Wynne Sewell, LLP<br>1601 Elm Street, Suite 3000<br>Dallas, TX 75201-4761 |
| David B. Stratton<br>Pepper Hamilton LLP<br>Hercules Plaza, Suite 5100<br>1313 Market Street, P.O. Box 1709<br>Wilmington, DE 19899-1709<br>-and-<br>Steven T. Hoort (Argued)<br>Ropes & Gray LLP<br>One International Place<br>Boston, MA 02110 | Counsel to the Debtors and Debtors In Possession<br><br>Richard W. Riley<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>-and-<br>Lenard M. Parkins (Argued)<br>Trevor R. Hoffmann (Argued) |
| Jared Nagley<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | Jonathan Hook<br>Haynes and Boone, LLP<br>1221 Avenue of the Americas, 26th Floor<br>New York, NY 10020 |
| Counsel to the Highland Retail Lenders | Counsel to Highland Capital Management, L.P. and the Highland Institutional Lenders |

Dated: September 2, 2010

Sontchi, J. _____